UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                           Case No. 05-50023

KEITH CARLTON ASHLEY,

       Defendant.
                                            /

## SCHEDULING ORDER

On August 4, 2009, the court held a status conference, on the record, with counsel. During the conference, the Government indicated that it anticipates filing a motion to dismiss Defendant's petition. Accordingly,

IT IS ORDERED that the Government shall file its motion to dismiss on or before **August 28, 2009.** Defendant shall file his response to the motion on or before **September 11, 2009**. Any reply from the Government, if deemed necessary, shall be filed on or before **September 25, 2009**.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: August 5, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 5, 2009, by electronic and/or ordinary mail.

                                              s/Lisa G. Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522